IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADVENTIST GLENOAKS HOSPITAL; et al., )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　v. )
　　　　　　　　　　　　　　　　　　　　　　 )
Michael Leavitt, Secretary
United States Department of
　Health and Human Services
Room 700-E
200 Independence Avenue, S.W.
Washington, DC 20201

　　　　　　Defendant.

CASE NUMBER 1:06CV01206

JUDGE: Emmet G. Sullivan

DECK TYPE: Administrative Agency Review

DATE STAMP: 06/██/2006
　　　　　　　　　　　　　　　　　　　　　　 )

## <u>CERTIFICATE UNDER LCvR 7.1</u>

I, the undersigned, counsel of record for the Plaintiffs, certify that to the best of my

knowledge and belief, the following are parent companies, subsidiaries or affiliates of plaintiff

entities, which have any outstanding securities in the hands of the public: Vanguard Health

Systems, Inc., 20 Burton Hills Boulevard, Suite 100, Nashville, Tennessee 37215, is parent

company to (i) VHS Acquisition Subsidiary Number 3, Inc. (d/b/a Louis A. Weiss Memorial

Hospital); and (ii) VHS of Illinois, Inc. (d/b/a MacNeal Hospital).

These representations are made in order that judges of this court may determine the need

for recusal.

　　　　　　Respectfully submitted,

　　　　　　HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

By:_____
　　　　　　L. Richard Gohman, DC Bar Number 396378
　　　　　　Suite 2000, Box 82064, One American Square
　　　　　　Indianapolis, IN 46282
　　　　　　(317) 633-4884
　　　　　　*Attorneys of record for the Plaintiffs*

241228_1.DOC