UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVENTIST GLEN OAKS HOSPITAL, et al., )<br>　　　　Plaintiffs,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>MICHAEL O. LEAVITT,　　　　　　　 )<br>Secretary, United States Department of　 )<br>Health and Human Services,　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　　 ) | Civ. Action No. 06-1206 (EGS)<br>　ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar # 28639
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　Megan.Rose@usdoj.gov