UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al.,<br>   Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br>   Defendant. | Civil No. 06-1206 (EGS)<br><br>**ECF** |

### PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Paul E. Soeffing as agency counsel for Defendant in the above-captioned case.

Respectfully submitted,
/s/
PAUL E. SOEFFING
Attorney
D.C. Bar No. 459480
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, Maryland 21244-1850
410-786-1895

OF COUNSEL:

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
 Health and Human Services