# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civ. Action No. 1:06-1206 (EGS) |
| | ) |  ECF |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

    Respectfully submitted,

    /s/
    _____
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney

    /s/
    _____
    MEGAN L. ROSE, NC Bar # 28639
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-7220
    (202) 514-8780 (fax)
    Megan.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by Federal Express, this <u>12th</u> day of September, 2006, addressed to:

L. Richard Gohman
Hall, Render, Killian, Heath & Lyman
Suite 2000, Box 82064
One American Square
Indianapolis, IN 46282.

/s/
_____
Megan L. Rose
Assistant United States Attorney