AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ADVENTIST GLENOAKS HOSPITAL,
et al., )
        Plaintiff(s) )  **APPEARANCE**
    )
    )
        vs. )  CASE NUMBER    06-1206 (EGS)
MICHAEL O. LEAVITT, Secretary of Health )
and Human Services, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Bradley L. Kelly   as counsel in this
                             (Attorney's Name)

case for:   the Plaintiffs.
        (Name of party or parties)

October 12, 2006
Date

s/ Bradley L. Kelly
Signature

292623
BAR IDENTIFICATION

Bradley L. Kelly
Print Name

7700 Old Georgetown Road
Address

Bethesda,    MD    20814
City    State    Zip Code

(301) 656-7707
Phone Number