UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al.,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br>　　　　Defendant. | Civil No. 06-1206 (EGS)<br><br>**ECF** |

## SCHEDULING ORDER

Upon review of the parties' Joint Report and Notice of Proposed Briefing Schedule, it is this ____ day of _____, 2006, hereby ORDERED that:

1. No Initial Scheduling Conference will be held in this case. If at a later time any party believes a conference with the Court is necessary or advisable for any purpose, that party may file a motion seeking such a conference.

2. Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| January 19, 2007: | Plaintiffs' Motion for Summary Judgment |
| March 23, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| May 7, 2007: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |

June 6, 2007:	Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment

SO ORDERED.

                                                                                                                                   _____

                                                            EMMET G. SULLIVAN
                                                            United States District Judge