UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al.,<br>       Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br>       Defendant. | Civil No. 06-1206 (EGS)<br><br>**ECF** |

**JOINT REPORT AND NOTICE OF PROPOSED BRIEFING SCHEDULE**

In accordance with the Court's Order for Initial Scheduling Conference, dated September 12, 2006, the parties report as follows:

1. This case is an action for review of a final decision of the Secretary of Health and Human Services ("the Secretary") denying Plaintiffs' request for certain Medicare reimbursement. As such, this case is reviewed on the administrative record pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq., and is exempt from LCvR 16.3. See LCvR 16.3(b)(1).

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the APA. Plaintiffs seek judicial review of the Secretary's determination of the wage index component of Medicare's hospital inpatient Prospective Payment System for the Chicago, Illinois Metropolitan Statistical Area for Federal Fiscal Year 1999.

3. In accordance with the Court's Order of September 12, 2006, the parties have conferred and determined that this case can be resolved by cross-motions for summary judgment.

Subject to approval of the Court, the parties have agreed to the following briefing schedule, which is incorporated in the attached proposed scheduling order:

| | |
|---|---|
| January 19, 2007:[1] | Plaintiffs' Motion for Summary Judgment |
| March 23, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| May 7, 2007: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| June 6, 2007: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

Should the Court believe that oral argument would be helpful, the parties respectfully request that the Court set this matter down for oral argument as soon thereafter as may be convenient for the Court.

4.  The parties do not consent to the referral of this case to a Magistrate Judge for all purposes.

5.  The parties believe that this case is unsuitable now for the various forms of alternative dispute resolution, including mediation, arbitration, early neutral evaluation, summary jury trial, or other forms of alternative dispute resolution.

6.  The parties respectfully submit that if the Court is inclined to enter the parties' proposed Scheduling Order, the October 20, 2006, Initial Scheduling Conference may not be necessary and may be removed from the Court's docket.

A proposed Order is attached.

---

[1] Plaintiffs' counsel proposes this date because he is unavailable to work on a brief until late in the autumn due to heavy scheduling of other matters over the next two months. Given Plaintiffs' counsel's constraints, Defendant has no objection to accommodating his schedule.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| /s/ | /s/ |
| BRADLEY L. KELLY | KENNETH L. WAINSTEIN, D.C. Bar No. 451058 |
| D.C. Bar No. 292623 | United States Attorney |
| Law Office of Brad Kelly, P.C. | |
| 7700 Old Georgetown Rd. | /s/ |
| Bethesda, MD 20814 | MEGAN L. ROSE, N.C. Bar No. 28639 |
| (301) 656-7707 | Assistant United States Attorney |
| | United States Attorney's Office |
| L. RICHARD GOHMAN | Civil Division |
| D.C. Bar No. 396378 | 555 4th Street, N.W. |
| N. KENT SMITH | Washington, D.C. 20530 |
| Hall, Render, Killian, Heath | (202) 514-7220 |
|   & Lyman, P.C. | |
| Suite 2000, Box 82064 | /s/ |
| One American Square | PAUL E. SOEFFING, D.C. Bar No. 459480 |
| Indianapolis, IN 46282 | Attorney |
| (317) 633-4884 | U.S. Department of Health and Human Services |
| | Office of the General Counsel |
| | Centers for Medicare & Medicaid Services Division |
| | Room C2-05-23 |
| | 7500 Security Boulevard |
| | Baltimore, Maryland 21244-1850 |
| | (410) 786-1895 |

OF COUNSEL:

DANIEL MERON
General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services

3

Case 1:06-cv-01206-EGS    Document 10    Filed 10/12/2006    Page 4 of 4