UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil No. 06-1206 (EGS) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, Defendant. | ) ) ) ) ) | ECF |

**SCHEDULING ORDER**

Upon review of the parties' Joint Report and Notice of Proposed Briefing Schedule, it is this ___ day of _____, 2006, hereby ORDERED that:

1. No Initial Scheduling Conference will be held in this case. If at a later time any party believes a conference with the Court is necessary or advisable for any purpose, that party may file a motion seeking such a conference.

2. Summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

| | |
|---|---|
| January 19, 2007: | Plaintiffs' Motion for Summary Judgment |
| March 23, 2007: | Defendant's Motion for Summary Judgment, and Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |
| May 7, 2007: | Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, and Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Summary Judgment |

| | |
|---|---|
| June 6, 2007: | Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |

SO ORDERED.

_____
EMMET G. SULLIVAN
United States District Judge