**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-1206 (EGS) |
| v. | ) ) | |
| MICHAEL O. LEAVITT, | ) ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

Upon review of the parties' Joint Report and Notice of Proposed Briefing Schedule, it is hereby

**ORDERED** that no initial status conference will be held in this case.  If at a later time, any party believes a conference with the Court is necessary or advisable, that party may file a motion seeking a conference; and it is

**FURTHER ORDERED** that the initial status conference scheduled for October 20, 2006 is vacated; and it is

**FURTHER ORDERED** that summary judgment motions, oppositions, and replies shall be filed with the Court in accordance with the following schedule:

```
January 19, 2007:    Plaintiffs' Motion for Summary Judgment

February 19, 2007:   Defendant's Motion for Summary Judgment;
                     Defendant's Opposition to Plaintiffs'
                     Motion for Summary Judgment

March 22, 2007:      Plaintiffs' Opposition to Defendant's
                     Motion for Summary Judgment; Plaintiffs'
                     Reply to Defendant's Opposition to
                     Plaintiffs' Motion for Summary Judgment

April 23, 2006       Defendant's Reply to Plaintiffs'
                     Opposition to Defendant's Motion for
                     Summary Judgment
```

**SO ORDERED.**

**Signed by:**      **EMMET G. SULLIVAN**
                    **UNITED STATES DISTRICT JUDGE**
                    **October 13, 2006**