UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS<br>HOSPITAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department<br>of Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case Number  1:06-CV-01206 |

## VERIFIED PETITION TO ADMIT KEITH D. BARBER
### *PRO HAC VICE*

Plaintiffs, Adventist Glenoaks Hospital et al., by counsel, pursuant to LCvR 83.2 (d), respectfully petition this court for the *pro hac vice* admission of Keith D. Barber as co-counsel in the above-captioned cause. In support of their Petition, Plaintiffs state as follows:

1. The undersigned, Bradley Kelly, Bar Identification No. 292623, is a member in good standing of the Bar of the District of Columbia, appeared on Plaintiffs' behalf, and will act as co-counsel is this cause.

2. The undersigned declares that the full name and address of the petitioner seeking admission by *pro hac vice* is Keith D. Barber and Keith D. Barber is employed by Hall Render Killian Heath & Lyman, One American Square, Suite 2000, Box 82064, Indianapolis, IN 46282, (317) 633-4884 tel. and (317) 633-4888 fax.

3. Keith D. Barber is a member in good standing of the Bar of the State of Texas, being admitted in 1995, the Bar of the State of Indiana, Bar number 19052-49, being admitted in

1996. He is also admitted to practice before the U.S. District Court, Northern and Southern Districts of Indiana (1995).

4. Keith D. Barber has never been disbarred, suspended, or resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding.

5. There is no present disciplinary proceeding pending against Keith D. Barber in any jurisdiction.

6. Keith D. Barber has not been admitted *pro hac vice* in this Court within the last two years.

7. Keith D. Barber is not engaged in the practice of law from an office located in the District of Columbia.

## VERIFICATION

I hereby swear or affirm under the penalties for perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

*[signature: Keith D. Barber]*
Keith D. Barber, Indiana Bar No.: 19052-49

Respectfully submitted,

LAW OFFICE OF BRAD KELLY, P.C.

*[signature: Bradley Kelly]*
Bradley Kelly, D.C. Bar No. 292623
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 200_, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

Kenneth Wainstein
Megan Rose
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Paul E. Soeffing
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, MD 21244-1850

_____
/s/ Brady Kelly

Law Office of Brad Kelly, P.C.
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

533581v1