UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department<br>of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case Number 1:06-CV-01206<br>)<br>)<br>)<br>)<br>)<br>) |

### VERIFIED PETITION TO ADMIT N. KENT SMITH
### *PRO HAC VICE*

Plaintiffs, Adventist Glenoaks Hospital et al., by counsel, pursuant to LCvR 83.2 (d), respectfully petition this court for the *pro hac vice* admission of N. Kent Smith as co-counsel in the above-captioned cause. In support of their Petition, Plaintiffs state as follows:

1.　The undersigned, Bradley Kelly, Bar Identification No. 292623, is a member in good standing of the Bar of this Court and of the Bar of the District of Columbia. Pursuant to LCvR 83.2 (d), Bradley Kelly has appeared in this case and will act as co-counsel on behalf of the Plaintiffs.

2.　The undersigned declares that the full name and address of the petitioner seeking admission by *pro hac vice* is N. Kent Smith, Hall Render Killian Heath & Lyman, One American Square, Suite 2000, Box 82064, Indianapolis, Indiana 46282, (317) 633-4884 tel. and (317) 633-4888 fax.

3. N. Kent Smith is a member in good standing of the Bar of the State of Indiana, Bar number 1777-49, being admitted in 1981. He is also admitted to practice before the U.S. District Court, Northern and Southern Districts of Indiana (1981).

4. N. Kent Smith has never been disbarred, suspended, or resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding.

5. There is no present disciplinary proceeding pending against N. Kent Smith in any jurisdiction.

6. N. Kent Smith has not been admitted *pro hac vice* in this Court within the last two years.

7. N. Kent Smith is not engaged in the practice of law from an office located in the District of Columbia.

## **VERIFICATION**

I hereby swear or affirm under the penalties for perjury that the foregoing representations are true.

_____
N. Kent Smith, Indiana Bar No.: 1777-49

Respectfully submitted,

LAW OFFICE OF BRAD KELLY, P.C.

_____
Bradley Kelly, D.C. Bar No. 292623
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4th___ day of ___January___, 200_7_, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

Kenneth Wainstein
Megan Rose
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Paul E. Soeffing
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, MD 21244-1850

_____

Law Office of Brad Kelly, P.C.
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

533574v1