UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department )<br>of Health and Human Services, )<br>)<br>Defendant. ) | Case Number  1:06-CV-01206 |

## MOTION FOR SUMMARY JUDGMENT

The Plaintiff Hospitals, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move the Court for summary judgment in their favor and against the Defendant for the reason that there is no genuine issue of material fact and the Plaintiffs are entitled to judgment as a matter of law on each of the claims advanced in their complaint. In support of this motion, the Plaintiffs incorporate their Brief filed in support and the exhibits referenced therein that have been previously submitted to the Court.

WHEREFORE, based upon the foregoing, the Brief and material cited therein, the Plaintiff Hospitals move the Court for an order granting summary judgment on the claims asserted in their complaint.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

s/ N. Kent Smith
L. Richard Gohman, Attorney No. 7179-49
N. Kent Smith, Attorney No. 1777-49
Keith D. Barber, Attorney No. 19052-49
Suite 2000, Box 82064, One American Square
Indianapolis, IN 46282
(317) 633-4884
*Attorneys for the Plaintiffs*

LAW OFFICE OF BRAD KELLY, P.C.

s/ Bradley Kelly
Bradley Kelly, D.C. Bar No. 292623
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2007, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

Kenneth Wainstein
Megan Rose
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
megan.rose@usdoj.gov; Richard.dolci@usdoj.gov

Paul E. Soeffing
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-05-23
7500 Security Boulevard
Baltimore, MD 21244-1850
paul.soeffing@hhs.gov

                                                    s/ Brad Kelly

Law Office of Brad Kelly, P.C.
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

540042v1