UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil No. 06-1206 (EGS) |

## NOTICE

The Defendant's opposition to Plaintiffs' motion for summary judgment can be found at Document No. 16 of the Court's docket in this case.

          Respectfully submitted,

            s/Jeffrey A. Taylor
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          Interim United States Attorney

            s/Peter S. Smith
          PETER S. SMITH, D.C. BAR # 465131
          Assistant United States Attorney
          United States Attorney's Office
          Civil Division
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 307-0372