# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVENTIST GLEN OAKS HOSPITAL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. Action No. 06-1206 (EGS)<br>    ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007          Respectfully submitted,


                                     /s/
                               MEGAN L. ROSE, NC Bar No. 28639

                                     /s/
                               CHARLOTTE A. ABEL
                               D.C. Bar No. 388582
                               Assistant United States Attorney
                               555 Fourth St., N.W.
                               Washington, D.C. 20530
                               (202) 307-2332