**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-1206 (EGS) |
| v. | ) ) | |
| MICHAEL O. LEAVITT, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion for Summary Judgment. Upon consideration of the Motions, the Responses and Replies thereto, the applicable law and the entire record, it is hereby **ORDERED** that both motions are **DENIED** without prejudice. The Court finds that this case is currently not in a posture for adjudication. Accordingly, it is

**FURTHER ORDERED** that the parties are directed to refile their Motions for Summary Judgment addressing the following issues:

1) Whether and when Plaintiffs knew or could have known that the total hours data submitted by Michael Reese Hospital (MRH) and subsequently altered by the fiscal intermediary was incorrect? Specifically, did the publication of the

1

data in the public use file in February and May of 1998 give any indication that MRH's data was incorrect?

2) Whether there exists a process by which **Plaintiffs** (not MRH) could have challenged the errors in MRH's data and by when that process could have been commenced?

The parties are directed to meet and confer and submit to the Court a proposed briefing schedule by no later than May 1, 2008 for the refiling of their Motions addressing the above issues. Should the parties be interested in pursuing mediation of this case with a Court appointed mediator, they should promptly file a request with the Court.

**SO ORDERED.**

**Signed by:**        **Emmet G. Sullivan**
                      **United States District Judge**
                      **March 31, 2008**