UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVENTIST GLEN OAKS HOSPITAL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 06-1206 (EGS)<br><br>ECF |

## PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Mark D. Polston as additional counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
Mark D. Polston
Deputy Associate General Counsel
U.S. Department of Health and Human Services
Office of the General Counsel
Room 5309, Cohen Building
330 Independence Avenue, S.W.
Washington, D.C. 20201
(202) 619-2792

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

U.S. Department of Health and Human Services