UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case Number  1:06-CV-01206 |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF THE PARTIES REGARDING BRIEFING SCHEDULE FOR REFILING OF MOTIONS FOR SUMMARY JUDGMENT

The Parties to this action, by counsel, in accordance with the Court's Order filed March 31, 2008, hereby submit the following briefing schedule for resubmission of their Cross Motions for Summary Judgment:

| | |
|---|---|
| June 15, 2008 | Plaintiffs' Brief in Support of Motion for Summary Judgment |
| July 15, 2008 | Defendant's Brief in Support of Motion for Summary Judgment and In Opposition to Plaintiffs' Motion for Summary Judgment |
| August 15, 2008 | Plaintiffs' Brief in Opposition to the Defendants' Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment |
| September 10, 2008 | Defendant's Reply Brief in Support of Motion for Summary Judgment |

The Parties are currently discussing the possibility of mediation of this case through a court-appointed mediator and will advise the court accordingly.

Respectfully submitted,


LAW OFFICE OF BRAD KELLY, P.C.


s/  Bradley Kelly
Bradley Kelly, D.C. Bar No. 292623
7700 Old Georgetown Road
Bethesda, MD 20814
(301) 656-7707
*Attorney for Plaintiffs*

OF COUNSEL
N. Kent Smith, Atty No. 1777-49
Keith D. Barber, Atty No. 19052-49
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.
One American Square, Suite 2000
Indianapolis, IN  46282
(317) 633-4884
*Attorney for Plaintiffs*


Respectfully submitted,


s/  Mark D. Polston
Mark D. Polston, D.C. Bar No.  431233
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave SW
Washington, DC  20201
mark.polston@hhs.gov
*Attorney for Defendant*

s/  Christopher B. Hardwood
Jeffrey A. Taylor, D.C. Bar No. 498610
United States Attorney
Christopher B. Harwood, N.Y. Reg. No. 4202982
Assistant United States Attorney

Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372
*Attorney for the Defendant*