UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS )<br>HOSPITAL, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department )<br>of Health and Human Services, )<br>  )<br>    Defendant. ) | Case Number   1:06-CV-01206 |

## ORDER GRANTING SUMMARY JUDGMENT

The parties to this action, by counsel, have filed cross motions for summary judgment on the claims advanced by the Plaintiffs ("Hospitals") in their complaint. The court having considered all the pleadings filed herein, the motions, briefs, and exhibits cited therein, now finds that there is no genuine issue of material fact and that the Plaintiffs are entitled to judgment as a matter of law on all claims of their complaint.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that summary judgment is hereby entered for the Plaintiffs and against the Defendant on the complaint.

IT IS SO ORDERED.

Date:_____            _____
                                                                       Judge, United States District Court
                                                                       District of Columbia

Distribution to:

Bradley L. Kelly
bkelly@bkellylaw.com

N. Kent Smith
Keith D. Barber
ksmith@hallrender.com; mbodem@hallrender.com; kbarber@hallrender.com; ncooper@hallrender.com

Christopher Blake Harwood
Charlotte A. Able
United States Attorney's Office
christopher.harwood@usdoj.gov; charlotte.abel@usdoj.gov

Mark Polston
Paul Edwin Soeffing
U.S. Department of Health and Human Services
Mark.Polston@hhs.gov; paul.soeffing@hhs.gov

719081v1

2