## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., </br></br>   Plaintiffs, </br></br>v. </br></br>MICHAEL O. LEAVITT, Secretary of    Health and Human Services, </br></br>   Defendant. | Civil No. 06-1206 (EGS) </br></br>**ECF** |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, oppositions and replies thereto, and the entire record herein, it is this ____ day of _____, 2008:

ORDERED, that Plaintiffs' Motion for Summary Judgment be, and hereby is, DENIED; and it is further

ORDERED, that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED, that judgment be, and hereby is, entered in favor of Defendant and against Plaintiffs.

 

EMMET G. SULLIVAN
United States District Judge

Copy to: ECF Counsel