# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) )  Civil No. 06-1206 (EGS) ) ) **ECF** ) ) ) ) ) |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, oppositions and replies thereto, and the entire record herein, it is this ____ day of _____, 2008:

ORDERED, that Plaintiffs' Motion for Summary Judgment be, and hereby is, DENIED; and it is further

ORDERED, that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED, that judgment be, and hereby is, entered in favor of Defendant and against Plaintiffs.

                                                                                                  _____
                                                                                                  EMMET G. SULLIVAN
                                                                                                  United States District Judge

Copy to: ECF Counsel