UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil No. 06-1206 (EGS) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) )  ECF ) ) |
| Defendant. | ) ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Andrew B. Spalding as agency counsel for Defendant in the above-captioned case, and remove Paul Edwin Soeffing as agency counsel for Defendant..

Respectfully submitted,

/s/ Andrew B. Spalding
ANDREW B. SPALDING
Attorney
D.C. Bar No. 501297
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
5309 Cohen Building
330 Independence Avenue S.W.
Washington, D.C.  20201
(202) 205-8705

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services