UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVENTIST GLENOAKS HOSPITAL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case Number   1:06-CV-01206 (EGS) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Plaintiff hospitals respond to Defendant's Statement of Material Facts as to Which There is no Genuine Issue ("Defendant's Statement") in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h).

Plaintiffs assert that to the extent that the parties disagree as to the facts underlying the present action, those disagreements are not material. Instead, all material facts are those found in the Administrative Record ("A.R."), and under the relevant laws and regulations. Using the same numbering as Defendant's Statement the Plaintiffs respond to the following specific assertions in Defendant's Statement:

8.      Plaintiffs disagree that the A.R. at 449 "specifically identified the changes to total paid hours" reported to MRH by the Fiscal Intermediary ("FI"). That page of the A.R. only states the revised total paid hours to 6,491,307. Plaintiffs note that the record contains a listing of audit adjustments that advise MRH (and MRH only) that the FI increased MRH's "Total Paid Hours" from the 4,935,791 reported by MRH by 1,555,516

1

to the 6,491,307 used by the FI when calculating the Chicago MSA wage index. A.R.451.

26. The Plaintiffs agree that the FI wrote what Defendant asserts the FI wrote in its December 15, 1998 letter recommending that CMS deny the requests for mid-year correction filed by MRH and the Metropolitan Chicago Healthcare Council. However, the Plaintiffs disagree that the FI's statement is an accurate conclusion based on the law, administrative rules at issue, and facts of the case. See Plaintiffs' Revised Brief in Support of Summary Judgment (Document 27, pp. 30-32).

28. Plaintiffs disagree with any suggestion by the Defendant that any requests related to the third criteria for the mid-year corrections (under which MRH applied, while the Metropolitan Chicago Healthcare Council's request was broader in nature) were granted. Plaintiffs contend that not a single hospital was granted a mid-year correction based on the third criteria at issue. A.R. 282-291.

        Respectfully submitted,

        LAW OFFICE OF BRAD KELLY, P.C.

        s/ Bradley L. Kelly
        Bradley Kelly, D.C. Bar No. 292623
        7700 Old Georgetown Road
        Bethesda, MD 20814
        (301) 656-7707
        *Attorneys for the Plaintiffs*

        OF COUNSEL
HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

s/ N. Kent Smith
L. Richard Gohman, Attorney No. 7179-49
N. Kent Smith, Attorney No. 1777-49
Keith D. Barber, Attorney No. 19052-49
Suite 2000, Box 82064, One American Square
Indianapolis, IN  46282
(317) 633-4884
*Attorneys for the Plaintiffs*

737140v1